PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, AUSAF UMAR SIDDIQUI,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0018-JF-RS |
| | ) | |
| Plaintiff, | ) | STIPULATION TO VACATE TRIAL DATE AND |
| | ) | PUT CASE ON CALENDAR TO SET TRIAL AND |
| vs. | ) | [PROPOSED] ORDER |
| | ) | |
| AUSAF UMAR SIDDIQUI, | ) | |
| | ) | |
| Defendant. | ) | Judge: The Honorable Jeremy Fogel |
| | ) | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the February 5, 2010 Jury Trial at 1:30 p.m. previously set forth in the matter of AUSAF UMAR SIDDIQU. Defense counsel has requested tax returns and other documents necessary to the defense of this case. The Government has been diligent and has located some of the documents but others were missing. The Government is searching for several tax returns. The Government is using its best efforts to locate these documents but, the Parties believe that the Government will not be able to complete discovery before the scheduled trial.

In addition, Mr. Siddiqui has filed a motion to dismiss arguing that the fraud statute is unconstitutionally vague. This issue is now before the Supreme Court in three cases and this court may want to wait for a decision in the pending cases before this case is tried. Mr. Moore is on vacation until January 4, 2010 and he would like adequate time to respond to the motion. The Parties believe that the motion cannot be adequately briefed and argued before the current trial date.

The parties agree that the time until February 5, 2010 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A),

STIPULATION TO VACATE TRIAL - 1

1  §3161(h)(7)(B)(i), §3161(h)(7)(B)(ii) and §3161(h)(7)(B)(iv). The case has been deemed complex and was
2  approved for electronic filing. The parties agree that the time is excludable in that the ends of justice served by
3  granting this continuance outweigh the best interests of the public. The Parties further agree that additional time is
4  needed to prepare the case for trial.

5  Therefore, both Parties respectfully request that the previously set Jury Trial of February 5, 2010 be
6  vacated and a Trial Setting be scheduled for January 6, 2010 at 9:00 a.m.

Dated: December 23, 2009

UNITED STATES ATTORNEY

_____
THOMAS MOORE, A. U.S. Attorney

Dated: December 23, 2009

LAW OFFICES OF PAUL B. MELTZER

_____
PAUL B. MELTZER, Attorney for
Defendant, AUSAF UMAR SIDDIQUI.

STIPULATION TO VACATE TRIAL - 2

### [PROPOSED] O R D E R

Good cause shown, therefore, IT IS HEREBY ORDERED that Jury Trial of February 5, 2010 is vacated and the case is set on calendar on January 6, 2010 at 9:00 a.m. to set a trial and motion date. It is further ordered that the time until the trial date be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A), §3161(h)(7)(B)(i), §3161(h)(7)(B)(ii) and §3161(h)(7)(B)(iv).

SO ORDERED.

1/4/10
Dated: ~~December,--------, 2009~~

_____
HONORABLE JEREMY FOGEL, DISTRICT JUDGE

STIPULATION TO VACATE TRIAL - 3