UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 09-0018 JF |
| Plaintiff, | ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| AUSAF UMAR SIDDIQUI, | ) ) | |
| Defendant. | ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on February 10, 2011, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. a Forfeiture Money Judgment in the amount of $65,584,864 (hereinafter "forfeiture money judgment");

b. $16,578.22 of funds seized from Wells Fargo Business Checking Account #xxxxxx7028 in the name of PC International;

c. $38,329.92 of funds seized from Advantage Plus Checking Account #xxxxxx2964 in the name of A-Umar Siddiqui;

d. a model year 2006 Mercedes Benz CLS 55, VIN number WDDDJ76X06A057058;

e. $30,100 seized from the defendant's briefcase;

f. 3100 British Pounds seized from the defendant's briefcase;

g. 240 Euros of funds seized from the defendant's briefcase;

      h.  Ten Wells Fargo debit cards seized from the defendant's briefcase;

      i.  Three SmartOne Visa debit cards of funds seized from the defendant's briefcase; and

      j.  A model year 2002 Ferrari 360, VIN number ZFFYT53A620128419

pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982.

      IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

      IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

      IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

      IT IS SO ORDERED this ____ day of _____ 2014.



JEREMY FOGEL  
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE  
CR 09-0018 JF

2